**Antonio BELL, Defendant/Appellant,**

v.

**STATE of Missouri,
Plaintiff/Respondent.**

**No. ED 76433.**

Missouri Court of Appeals,
Eastern District,
Division One.

April 18, 2000.

Motion for Rehearing and/or Transfer to
Supreme Court Denied May 24, 2000.

Application for Transfer Denied
June 27, 2000.

Susan L. Hogan, Appellate Defender,
Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen.,
Troy Allen, Asst. Atty. Gen., Jefferson
City, for respondent.

Before: GARY M. GAERTNER, P.J.,
PAUL J. SIMON, J., and JAMES R.
DOWD, J.

*ORDER*

PER CURIAM.

Defendant, Antonio Bell, was convicted
of attempted forcible rape, Section 564.011,
RSMo 1994, kidnapping, Section 565.110,
RSMo 1994, and armed criminal action,
Section 571.015 RSMo 1994, and was sentenced to three fifteen-year terms to be
served concurrently. Defendant appeals
the denial without an evidentiary hearing
of his Rule 29.15 motion for postconviction
relief.

We have reviewed the briefs of the parties and the record on appeal. No error of
law appears. An opinion reciting the detailed facts of this case and restating the

1. All further statutory references are to RSMo

applicable principles of law would have no
precedential value.

The judgment is affirmed pursuant to
Rule 84.16(b).